ORIGINAL

**FILED**

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0431

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0431

KATHAN D. JOHNSON,

Petitioner,

v.

CAPTAIN JASON VALDEZ,

Respondent.

FILED

AUG 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Kathan D. Johnson has filed his third Petition for Writ of Habeas Corpus, indicating that he is being held in jail and that his bail is excessive.[1] Johnson alleges illegal incarceration because he has been charged twice for the same crime. He states that the Municipal Court dismissed a criminal proceeding but that it was [brought] back in District Court." Johnson also alleges malicious prosecution.

Johnson has not demonstrated illegal incarceration, and he is not entitled to habeas corpus relief. Habeas corpus affords an applicant an opportunity to challenge collaterally the legality of his present incarceration. Section 46-22-101(1), MCA; *Lott v. State*, 2006 MT 279, ¶ 14, 334 Mont. 270, 150 P.3d. 337. As stated before, Johnson's incarceration is due to his four pending matters. Johnson does not argue want of bail, pursuant to § 46-22-103, MCA. Upon the issuance of final judgments, Johnson has the remedy of appeal. Section 46-20-104(1), MCA.

Johnson should refrain from filing pleadings on his own behalf with this Court while he is represented by counsel in the District Court. M. R. App. P. 10(1)(c). A court may

---

[1] On July 21, 2022, Johnson's third petition for relief was mistakenly placed with his filed second petition for habeas corpus relief. *See Johnson v. Cpt. Valdez*, No. OP 22-0392, Order (Mont. Aug. 9, 2022).

refuse to accept *pro se* pleadings from defendants who are adequately represented by counsel. *State v. Samples*, 2005 MT 210, ¶ 15, 328 Mont. 242, 119 P.3d 1191.

Therefore,

IT IS ORDERED Johnson's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Michael G. Moses, District Court Judge; Terry Halpin, Clerk of District Court, Yellowstone County, under Cause No. DC 21-236; Jacob Andrew Yerger, Yellowstone County Deputy Attorney; Michael Malone, Defense Counsel; Captain Valdez, Yellowstone County Detention Center, and Kathan D. Johnson personally.

DATED this 23rd day of August, 2022.

_____

_____

_____

_____

_____
                            Justices

2